IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KIME DAVIDSON and KATRINA HOOD, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CIVIL ACTION NO. 99-PT-2238-S |
| HOLLYWOOD ENTERTAINMENT, | )<br>)<br>) |
| Defendant. | ) |

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motion to dismiss Count IV of plaintiffs' complaint is due to be denied. An appropriate order will be entered.

**DONE**, this 26th day of April, 2000.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE